## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAMEKO BRICKHOUSE,

      Plaintiff,

v.

      Case No. 20-CV-00056-SPM

BILLY JOHNSON,

      Defendant.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 13, 2023 (Doc. 66), this action is **DISMISSED with prejudice**.

**DATED: December 12, 2023**

      **MONICA A. STUMP,**
      **Clerk of Court**


      **By:** *s/ Jackie Muckensturm*
      **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
      **STEPHEN P. MCGLYNN**
      **U.S. District Judge**